## No. 7,053.—STATE ex Rel. ROGERS, Mayor, Relator, *v.* DISTRICT COURT et al., Respondents.

Decided September 19, 1932.

PER CURIAM.—Relator's application for writ of supervisory control is denied. (See *State ex rel. Rogers* v. *Johnson,* 135 Wash. 109, 237 Pac. 12; *Henriod* v. *Church, Mayor,* 52 Utah, 134, 172 Pac. 701; *People ex rel. Drew* v. *Rodgers,* 118 Cal. 393, 46 Pac. 740, 50 Pac. 668; 21 Cal. Jur. 866; 43 C. J. 646; McQuillin on Municipal Corporations, 2d ed., sec. 50.)

*Messrs. Molumby, Busha & Greenan,* for Relator.

## No. 6,969.—MARK A. HAYNES, Plaintiff and Respondent, *v.* GEORGE G. E. NEILL, Defendant and Appellant.

Decided September 20, 1932.

PER CURIAM.—The appeal herein coming on to be heard, it was on stipulation of counsel dismissed.

*Mr. C. A. Spaulding,* for Appellant.

*Mr. W. D. Kyle,* for Respondent.